UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.                                          Case No: 8:20-cv-2319-T-60JSS

SLOW AND STEADY, LLC,

    Defendant.
_____/

## ORDER

Pursuant to Fed. R. Civ. P. 16, the Court finds it necessary to implement a schedule tailored to meet the particular circumstances of this case. Therefore, consistent with the just, speedy and inexpensive determination of this case (Fed. R. Civ. P. 1) it is,

**ORDERED** that the provisions of Rule 26(a)(1) and Local Rule 3.05 concerning the initial disclosures and filing of a case management report are hereby waived. Instead, the parties shall comply with the following schedule:

    1.    Within **15 days** from the date of this Order, Plaintiff shall answer, under oath, the Court's Interrogatories, attached hereto as Exhibit A, serve a copy on Defendant, and file the Answers with the Court titled as a "Notice of Filing Court Interrogatories".

    2.    Within **30 days** from the date of service of process, Defendant shall permit Plaintiff's counsel and Plaintiff's expert reasonable access to inspect that portion of the Defendant's facility which Plaintiff claims to be non-compliant.

    3.    Within **45 days** thereafter, Plaintiff shall provide Defendant with a copy of any expert report upon which Plaintiff intends to rely, consistent with the provisions of

Rule 26(a)(2). Said report shall specifically address the deficiencies alleged and the proposed remediation required.

4. Defendants shall have **30 days** thereafter to serve a written response, including any Rule 26(a)(2) expert report that Defendants intend to rely upon.

5. Within **30 days** following the submission of Defendants' written response, the parties shall mediate this dispute, before a mediator of their choice. If they cannot agree upon a mediator, the Court will appoint one for them.

6. Until further Order of this Court, all discovery in these cases (except as provided herein) is **STAYED**.

7. The parties shall notify the Court within **20 days** after the mediation conference as to whether the parties have reached a settlement. If settlement is not achieved within the time frame set forth herein the Court will issue a supplemental case management order and set the case for trial at the earliest practicable time.

8. If the parties reach a settlement, the settlement agreement should contain, if possible, an agreement concerning costs and attorney's fees. If the parties are unable to agree, the Court will reserve jurisdiction to determine that issue. If the parties wish the Court to enter a consent judgment, be advised that the Court will not approve or reserve jurisdiction to enforce a confidential settlement agreement.

9. Due to the volume of these cases, the Court expects strict adherence to these deadlines. Exceptions will be granted only for compelling reasons.

10. Either party, for good cause shown, may move to alter this schedule should circumstances warrant.

11. Unless sooner settled, a status conference will be held before the Honorable Thomas P. Barber, United States District Judge, on **April 21, 2021, at 1:30 p.m.**, in Courtroom 14A, United States District Court, 801 North Florida Ave., Tampa, Florida.

12. Plaintiff shall serve a copy of this Order on Defendants along with the Complaint.

**DONE and ORDERED** in Tampa, Florida this 23rd day of October, 2020.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of Record
Unrepresented Party

**EXHIBIT A**
**COURT'S INTERROGATORIES TO INDIVIDUAL PLAINTIFF(S)**

1) Your residential address.

2) The name of your current employer and place of employment.

3) Describe the nature of your disability

4) List each of the defendant's websites (including the URL of the website) that you visited that are at issue in this case and the date(s) you visited those websites?

5) Did anyone else review or visit the defendant's website with you on the date(s) specified above? If so, state such persons' name(s) and address(es).

6) Describe the purpose of your visit to the website(s).

7) Specifically list each barrier or deficiency that you personally observed or experienced while visiting the website(s).

8) Please specify all the ways in which you allege that the defendant's website fails to comply with 28 C.F.R. 36.302(e) or with any other applicable law.

9) Did you take notes or make a contemporaneous record of these barriers (i.e., screen shots or print outs of the website)? If so, please attach a copy to these Answers.

10) Identify the physical location(s) the use and enjoyment of which was impacted by the alleged deficiencies in the defendant's website(s).

11) What is the proximity of the physical locations identified in response to the foregoing interrogatory to your home and place of employment?

12) Describe your past patronage of the defendant's business and any of the physical locations identified in response to the foregoing interrogatories.

13) Describe the definiteness of your plans to visit any physical location associated with the defendant's business, and identify the physical location(s).

14) Please list any other Title III cases in which you have been a party in this District.

_____
David Poschmann

STATE OF FLORIDA
COUNTY OF _____

The foregoing instrument was acknowledged before me by means of \_\_\_ physical presence or \_\_\_ online notarization, by DAVID POSCHMANN, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this _____ day of _____20\_\_\_.

NOTARY PUBLIC

Notary Stamp

_____
Signature of Person Taking Acknowledgment
Print Name:
Title: Notary Public
Serial No. (if any):
Commission Expires:

**COURT'S INTERROGATORIES TO CORPORATE PLAINTIFF(S)**

1) Plaintiff's business address:

2) When and where was Plaintiff incorporated?

3) Who are the current officers and directors of Plaintiff?

4) Describe the nature of your disability.

5) List each of the defendant's websites (including the URL of the website) that any of Plaintiff's members visited that are at issue in this case and the date(s) you visited those websites?

6) Provide the name(s) and address(es) of any Plaintiff's member(s) who have attempted to access and use the websites referenced in answer to No. 5.

7) For each member listed in answer to No. 6 above, provide:

   a) Describe the purpose of the member's visit to the website(s).

   b) Specifically list each barrier or deficiency that was observed or experienced by the member while visiting the website(s).

   c) Specify all the ways in which the member alleges that the defendant's website fails to comply with 28 C.F.R. 36.302(e) or with any other applicable law.

   d) Did such member takes notes or make a contemporaneous record of these barriers (i.e., screen shots or print outs of the website)? If so, please attach a copy to these Answers.

8) Identify the physical location(s) the use and enjoyment of which was impacted by the alleged deficiencies in the defendant's website(s).

9) What is the proximity of the physical locations identified in response to the foregoing interrogatory to your home and place of employment?

10) Describe your past patronage of the defendant's business and any of the physical locations identified in response to the foregoing interrogatories.

11) Describe the definiteness of your plans to visit any physical location associated with the defendant's business, and identify the physical location(s).

12) Please list any other Title III cases in which Plaintiff's members have been a party in this District.

_____
David Poschmann

STATE OF FLORIDA
COUNTY OF _____

The foregoing instrument was acknowledged before me by means of \_\_\_ physical presence or \_\_\_ online notarization by _____, as representative of Plaintiff, DAVID POSCHMANN, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this \_\_\_\_ day of _____, 20_____.

NOTARY PUBLIC

Notary Stamp

_____
Signature of Person Taking Acknowledgment
Print Name:
Title:  Notary Public
Serial No. (if any):
Commission Expires: